# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

136467

MiCTA SERVICE CORPORATION and
MSC ACQUISITION CORP.,
      Plaintiffs-Appellees,

v

                                  SC: 136467
                                  COA: 280132
MiCTA, CLARK HILL PLC, and         Ingham CC: 07-000600-CB
RODERICK S. COY,
      Defendants-Appellants.

_____/

      On order of the Court, the application for leave to appeal the April 4, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2009

Clerk

d0420